**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **HEATHER GROLESKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:08-CV-0139-BSM** |
| | ) | |
| **DAVOL INC., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Respectfully submitted,

Dated: July 22, 2008

**/s/ Lyn P. Pruitt**
Ark. Bar No. 72039
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
LPruitt@mwsgw.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Marie Bernarde Miller**
  mmiller@williamsanderson.com,kbeatriz@williamsanderson.com

- **Derek H. Potts**
  dpotts@potts-law.com,mchappelow@potts-law.com

**/s/ Lyn P. Pruitt**