**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **HEATHER GROLESKE** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No. 5:08-CV-0139 BSM** |
| **v.** | ) | |
| | ) | |
| **DAVOL INC., *et al.*,** | ) | |
| | ) | |
| **Defendants** | ) | |

## MOTION TO WITHDRAW

Counsel of Record, Marie-B Miller respectfully moves to withdraw from the above matter because she is no longer a member of the law firm, Gill Elrod Ragon Owen & Sherman, P.A. Other counsel will be substituted by Gill Elrod Ragon Owen & Sherman, P.A.

Respectfully submitted,

WILLIAMS & ANDERSON PLC
111 Center Street, Suite 2200
Little Rock, Arkansas 72201
501-372-0800
mmiller@williamsanderson.com

By: /s/ Marie-B Miller
Marie-B Miller (84107)

## CERTIFICATE OF SERVICE

I, hereby certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

All Counsel of Record

/s/ Marie-B Miller
ABA No. 84107
Attorney for Plaintiff
Williams & Anderson PLC
111 Center Street, Suite 2200
Little Rock, AR 72201
(501) 372-0800
mmiller@williamsanderson.com