CLOSED, HDY, JURY

# U.S. District Court
# Eastern District of Arkansas (Pine Bluff)
# CIVIL DOCKET FOR CASE #: 5:08−cv−00139−BSM

Groleske v. Davol Inc
Assigned to: Judge Brian S. Miller
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 05/15/2008
Date Terminated: 07/24/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Heather Groleske** represented by **Derek H. Potts**
Potts Law Firm, LLC
908 Broadway
Suite 300
Kansas City, MO 64105
816−931−2230
Email: dpotts@potts−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Bernarde Miller**
Williams &Anderson, PLLC
111 Center Street
Suite 2200
Little Rock, AR 72201−2413
501−372−0800
Email: mmiller@williamsanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*A Delaware Corporation*
represented by **Lyn Peeples Pruitt**
Mitchell, Williams, Selig, Gates &Woodyard, P.L.L.C. − LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688−8869
Email: lpruitt@mwsgw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C R Bard Inc**
*A New Jersey Corporation*
represented by **Lyn Peeples Pruitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2008 | Ï 1 | COMPLAINT with Jury Demand against Davol Inc, C R Bard Inc (Filing fee $ 350. paid with manual receipt #44126), filed by Heather Groleske; summons issued and returned to attorney(bkj) (Entered: 05/15/2008) |
| 07/22/2008 | Ï 2 | *Answer and Affirmative Defenses* ANSWER to 1 Complaint with Jury Demand by Davol Inc, C R Bard Inc.(Pruitt, Lyn) (Entered: 07/22/2008) |
| 07/22/2008 | Ï 3 | Corporate Disclosure Statement (Rule 7.1) by Davol Inc, C R Bard Inc (Pruitt, Lyn) (Entered: 07/22/2008) |
| 07/22/2008 | Ï 4 | MOTION to Withdraw as Attorney by Heather Groleske (Miller, Marie) (Entered: 07/22/2008) |
| 07/23/2008 | Ï 5 | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 9/29/2008. Rule 26(f) Report due by 10/14/2008. Proposed Jury Trial set for sometime during the week of 1/5/2009 09:30 AM in Pine Bluff Courtroom before Judge Brian S. Miller. Signed at the Direction of the Court on 7/23/08(bmt) (Entered: 07/23/2008) |
| 07/24/2008 | Ï 6 | CONDITIONAL TRANSFER ORDER (CTO−23) transferring case to the District of Rhode Island for inclusion in In Re: Kugel Mesh Hernia Patch Products Liability Litigation, MDL No. 1842. Case extracted to the District of Rhode Island. Signed by Judge Brian S. Miller on 7/24/08. (bkp) (Entered: 07/24/2008) |
| 07/24/2008 | Ï | Case transferred to District of Rhode Island. Case documents sent by case extraction. (bkp) (Entered: 07/24/2008) |